# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| CHASTIS NIXON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-370-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2016 Order.

Signed: May 5, 2016

Frank G. Johns, Clerk
United States District Court